## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff(s), | ) NO. CR 06-1498-TUC-FRZ (JCG) |
| vs. | ) ORDER |
| URBANO NARIO-MARQUEZ, | ) |
| Defendant(s). | ) |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress Unlawful Search. [45].

On September 25, 2006, Magistrate Judge Jennifer Guerin conducted a hearing and on October 5, 2007 issued her Report and Recommendation. A copy was sent to all parties. Neither party filed objections to the Magistrate Judge's Report and Recommendation.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Guerin's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Motion to Suppress Unlawful Search is DENIED.

DATED this 23rd day of October, 2007.

FRANK R. ZAPATA
United States District Judge